AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-CR-246 (MCA) |
| Elliot Loewenstern | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elliot Loewenstern

Date:   04/22/2019

*[signature]*
*Attorney's signature*

Maria Eva Garcia (109152014)
*Printed name and bar number*

Mintz and Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016

*Address*

garcia@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

(212) 696-1231
*FAX number*