UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) |
| Defendant. | ) |

## ORDER

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to travel to New York City, New York on December 3, 2021 to attend a Broker Fair.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel on December 3, 2021 and return to Florida on December 7, 2021

IT IS FURTHER ORDERED that Mr. Loewenstern advise pre-trial services of this Order.

_11/15/21_  
Date

HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE