# Attachment 1

| Number | Date | Document Type | Document Name | Author | Recipient | CC | Application | Subject Matter | Category of Privilege | Record No. | Bates Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | 11/19/2015 10:35 AM | CORRESP | Initial discussion | coo@procall.com | Jeff Baird | admin@videodoctorusa.com; noahs@videodoctorusa.com; Jeff Baird | MSG | Legal representation | Attorney-Client Privilege | 27R6117 | B&F 0001201 |
| 243 | 11/19/2015 11:02 AM | CORRESP | FW: Initial discussion | Amy Watson | coo@procall.com | | MSG | Legal representation | Attorney-Client Privilege | 27R6116 | B&F 0001200 |
| 242 | 11/19/2015 11:29 AM | CORRESP | Re: Initial discussion | coo@procall.com | Amy Watson | coo@procall.com; admin@videodoctoorusa.com; Jeff Baird | MSG | Legal representation | Attorney-Client Privilege | 27R6115 | B&F 0001198 - B&F 0001199 |
| 241 | 11/19/2015 12:38 PM | CORRESP | Re: FW: Initial discussion | Les Stockett | Amy Watson | | MSG | Legal representation | Attorney-Client Privilege | 27R6114 | B&F 0001196 - B&F 0001197 |
| 240 | 11/19/2015 1:49 PM | CORRESP | RE: FW: Initial discussion | Amy Watson | Les Stockett | | MSG | Legal representation | Attorney-Client Privilege | 27R6113 | B&F 0001194 - B&F 0001195 |
| 239 | 11/19/2015 1:52 PM | CORRESP | Conference Call with Jeff Baird | Amy Watson | Les Stockett | coo@procall.com; noahs@videodoctorusa.com | MSG | Legal representation | Attorney-Client Privilege | 27R6112 | B&F 0001193 |
| 238 | 11/24/2015 6:20 PM | CORRESP | Re: Information Needed/Engagement of our Law Firm | Les Stockett | Jeff Baird | | MSG | Engagement details | Attorney-Client Privilege | 27R6111 | B&F 0001191 - B&F 0001192 |
| 237 | 11/25/2015 8:59 AM | CORRESP | RE: Information Needed/Engagement of our Law Firm | Amy Watson | Les Stockett | | MSG | Engagement details | Attorney-Client Privilege | 27R6110 | B&F 0001188 - B&F 0001190 |
| 236 | 11/25/2015 9:16 AM | CORRESP | Re: Information Needed/Engagement of our Law Firm | Les Stockett | Amy Watson | | MSG | Engagement details | Attorney-Client Privilege | 27R6109 | B&F 0001184 - B&F 0001187 |
| 235 | 11/25/2015 9:20 AM | CORRESP | RE: Information Needed/Engagement of our Law Firm | Amy Watson | Les Stockett | Creag Harry; Gay Yocum; Jeff Baird | MSG | Engagement details | Attorney-Client Privilege | 27R6107 | B&F 0001180 - B&F 0001183 |
| 234 | 11/25/2015 9:22 AM | CORRESP | Re: Information Needed/Engagement of our Law Firm | coo@procall.com | Amy Watson | | MSG | Engagement details | Attorney-Client Privilege | 27R6106 | B&F 0001177 - B&F 0001179 |
| 233 | 11/25/2015 11:28 AM | CONFLICT | 5604.001 New Client info - with billing rate | TC | Bailey Higgins | | MSG | Engagement details | Work Product Doctrine | 27R5833 | B&F 0001175 - B&F 0001176 |
| 232 | 11/25/2015 11:42 AM | CONFLICT | 5604.001 Conflict Check | BAH | firm | | MSG | Engagement details | Work Product Doctrine | 27R5830 | B&F 0001162 - B&F 0001174 |
| 231 | 11/25/2015 3:30 PM | CORRESP | RE: Information Needed/Engagement of our Law Firm | Amy Watson | Les Stockett | | MSG | Engagement details | Attorney-Client Privilege | 27R6120 | B&F 0001158 - B&F 0001161 |
| 229 | 11/30/2015 11:53 AM | CASEMAN | Conflict Check - (5604.001-Telehealth Doctors Network, LLC) | Teresa Contreras | Beverly Folkerts | | MSG | Engagement details | Work Product Doctrine | 27R8033 | B&F 0001156 |
| 230 | 11/30/2015 11:53 AM | CONFLICT | 5604.001 Request to CHANGE Client Name | Teresa Contreras | Beverly Folkerts | | MSG | Engagement details | Work Product Doctrine | 27R8677 | B&F 0001157 |
| 228 | 11/30/2015 11:56 AM | CORRESP | Engagement Ltr (STANDARD LONG FORM) | Jeff Baird | Les Stockett | | DOC | Engagement details | Attorney-Client Privilege | 27R7959 | B&F 0001150 - B&F 0001155 |
| 227 | 11/30/2015 11:57 AM | FORM | BUSINESS ASSOCIATE AGREEMENT (BAA) | Jeff Baird | Les Stockett | | DOC | Engagement details | Attorney-Client Privilege | 27R7994 | |
| 226 | 11/30/2015 12:02 PM | CORRESP | Engagement Documents- Health Care Regulatory | TC | admin@videodoctorusa.com | Jeff Baird; coo@procall.com | MSG | Engagement details | Attorney-Client Privilege | 27R8080 | B&F 0001146 - B&F 0001149 |
| 225 | 12/01/2015 8:26 AM | CORRESP | Re: Engagement Documents- Health Care Regulatory | Les Stockett | Teresa Contreras | Jeff Baird; invoices@videodoctorusa.com; coo@procall.com; Gessica Vargas | MSG | Engagement details | Attorney-Client Privilege | 27R9991 | B&F 0001119 - B&F 0001132 |
| 224 | 12/01/2015 12:30 PM | ENGAGELTR | SIGNED Engagement Letter | Les Stockett | Jeff Baird | | PDF | Engagement details | Attorney-Client Privilege | 27S0564 | B&F 0001113 - B&F 0001118 |
| 223 | 12/01/2015 1:56 PM | AGREEMENT | FULLY EXECUTED BAA | Les Stockett/JSB | Jeff Baird | | PDF | Engagement details | Attorney-Client Privilege | 27S0794 | B&F 0001109 - B&F 0001112 |
| 222 | 12/01/2015 2:23 PM | CORRESP | RE: Engagement Documents-Health Care Regulatory | Teresa Contreras | Gay Yocum | Les Stockett; Jeff Baird; coo@procall.com; Gessica | MSG | Engagement details | Attorney-Client Privilege | 27S0889 | B&F 0001104 - B&F 0001108 |
| 221 | 12/02/2015 8:08 AM | CORRESP | 1st Question | Les Stockett | Teresa Contreras | Gay Yocum; Jeff Baird; oetmvmailhere2003-; Gessica | MSG | Legal advice | Attorney-Client Privilege | 27S3032 | B&F 0001101 - B&F 0001103 |
| 220 | 12/02/2015 11:19 AM | CORRESP | Retainer | Teresa Contreras | Gay Yocum | Les Stockett; Jeff Baird; coo@procall.com | MSG | Engagement details | Attorney-Client Privilege | 27S2991 | B&F 0001100 |
| 219 | 12/08/2015 3:09 PM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 27T1248 | B&F 0001097 - B&F 0001099 |
| 218 | 12/08/2015 3:18 PM | CORRESP | RE: 1st Question | Jeff Baird | Les Stockett | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27T1285 | B&F 0001094 - B&F 0001096 |
| 217 | 12/08/2015 7:13 PM | CORRESP | Existing Business Model/Issues to be Addressed | Jeff Baird | Les Stockett; Creag Harry | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27T1912 | B&F 0001090 - B&F 0001093 |
| 216 | 12/09/2015 4:27 AM | CORRESP | Re: Existing Business Model/Issues to be Addressed | Les Stockett | Jeff Baird | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27T1922 | B&F 0001084 - B&F 0001089 |
| 215 | 12/10/2015 4:29 PM | CORRESP | Re: Existing Business Model/Issues to be Addressed | Les Stockett | Jeff Baird | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27T6304 | B&F 0001077 - B&F 0001083 |
| 214 | 12/11/2015 10:05 AM | CORRESP | Re: Existing Business Model/Issues to be Addressed | coo@procall.com | Jeff Baird | Les Stockett; Amy Watson; Teresa Contreras; marketing@videodoctorusa.com | MSG | Legal advice | Attorney-Client Privilege | 27T6930 | B&F 0001073 - B&F 0001076 |
| 213 | 12/11/2015 11:30 AM | CORRESP | Re: Existing Business Model/Issues to be Addressed | Amy Watson | coo@procall.com | Les Stockett; Teresa Contreras; marketing@videodoctorusa.com; Jeff Baird | MSG | Legal advice | Attorney-Client Privilege | 27T7597 | B&F 0001069 - B&F 0001072 |
| 212 | 12/23/2015 9:02 AM | BILL | Bill#67368 | MAP | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 27T3902 | B&F 0001068 |
| 211 | 01/05/2016 11:13 AM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27X1162 | B&F 0001063 - B&F 0001067 |
| 210 | 01/05/2016 12:52 PM | CORRESP | Re: 1st Question | ch@procall.com | Les Stockett; Jeff Baird | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27X1169 | B&F 0001059 - B&F 0001062 |
| 209 | 01/05/2016 3:36 PM | CORRESP | RE: 1st Question | Jeff Baird | ch@procall.com; Les Stockett | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27X1192 | B&F 0001055 - B&F 0001058 |
| 208 | 01/06/2016 6:38 PM | CORRESP | Re: 1st Question | ch@procall.com; Les Stockett | Jeff Baird | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z0866 | B&F 0001050 - B&F 0001054 |
| 207 | 01/07/2016 6:38 PM | CORRESP | Letter to Les Stockett Re: Current Business Model | JSB | Les Stockett | Creag Harry | DOC | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Z0212 | B&F 0001045 - B&F 0001049 |
| 206 | 01/07/2016 6:42 PM | CORRESP | Current Business Model | Amy Watson | Les Stockett | Jeff Baird; coo@procall.com | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Z0460 | B&F 0001044 |
| 205 | 01/08/2016 8:03 AM | CORRESP | Re: Current Business Model | Les Stockett | Amy Watson | Jeff Baird; coo@procall.com | MSG | Case administration | Attorney-Client Privilege | 27Z0602 | B&F 0001042 - B&F 0001043 |
| 204 | 01/08/2016 8:54 AM | CORRESP | Re: Current Business Model | Amy Watson | Les Stockett | Jeff Baird; coo@procall.com | MSG | Case administration | Attorney-Client Privilege | 27Z0601 | B&F 0001040 - B&F 0001041 |
| 203 | 01/08/2016 8:55 AM | CORRESP | RE: Current Business Model | Amy Watson | Les Stockett | Jeff Baird; coo@procall.com | MSG | Case administration | Attorney-Client Privilege | 27Z0604 | B&F 0001038 - B&F 0001039 |
| 202 | 01/08/2016 8:56 AM | CORRESP | Prior Opinion Letter | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 27Z0639 | B&F 0001035 - B&F 0001037 |
| 201 | 01/08/2016 8:57 AM | CORRESP | Conference Call with Jeff Baird | Amy Watson | admin@videodoctorusa.com; coo@procall.com | | MSG | Case administration | Attorney-Client Privilege | 27Z0608 | B&F 0001034 |
| 200 | 01/08/2016 9:42 AM | CORRESP | Re: Prior Opinion Letter | coo@procall.com | Jeff Baird | Les Stockett; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z0798 | B&F 0001031 - B&F 0001033 |
| 199 | 01/08/2016 10:29 AM | CORRESP | RE: Prior Opinion Letter | Jeff Baird | coo@procall.com | Les Stockett; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Z0963 | B&F 0001026 - B&F 0001030 |
| 198 | 01/14/2016 8:30 AM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z9391 | B&F 0001019 - B&F 0001025 |
| 197 | 01/14/2016 9:25 AM | CORRESP | RE: 1st Question | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Z9435 | B&F 0001014 - B&F 0001018 |
| 196 | 01/14/2016 10:10 AM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z9585 | B&F 0001006 - B&F 0001013 |
| 195 | 01/14/2016 2:27 PM | CORRESP | RE: 1st Question | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Y0136 | B&F 0000999 - B&F 0001005 |
| 194 | 01/14/2016 3:08 PM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y0210 | B&F 0000989 - B&F 0000998 |
| 193 | 01/14/2016 3:46 PM | CORRESP | RE: 1st Question | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y0402 | B&F 0000982 - B&F 0000988 |
| 192 | 01/15/2016 7:42 AM | CORRESP | Re: 1st Question | My Email Box | Jeff Baird | Les Stockett; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y0926 | B&F 0000974 - B&F 0000981 |
| 191 | 01/15/2016 8:44 AM | CORRESP | RE: 1st Question | Jeff Baird | My Email Box | Les Stockett; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y0949 | B&F 0000966 - B&F 0000973 |
| 190 | 01/18/2016 5:35 PM | CORRESP | article in Medtrade | ch@procall.com | Jeff Baird; admin@videodoctorusa.com | | MSG | Legal advice | Attorney-Client Privilege | 27Y4704 | B&F 0000964 - B&F 0000965 |
| 189 | 01/18/2016 5:58 PM | CORRESP | one additional thought | ch@procall.com | Jeff Baird; admin@videodoctorusa.com | | MSG | Legal advice | Attorney-Client Privilege | 27Y4707 | B&F 0000963 |
| 188 | 01/20/2016 10:25 AM | CORRESP | Fwd: One purpose test | coo@procall.com | Jeff Baird | admin@videodoctorusa.com | MSG | Legal advice | Attorney-Client Privilege | 27Y7520 | B&F 0000960 - B&F 0000962 |
| 187 | 01/20/2016 1:03 PM | CORRESP | RE: article in Medtrade | Jeff Baird | ch@procall.com; admin@videodoctorusa.com | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y9287 | B&F 0000958 - B&F 0000959 |
| 186 | 01/20/2016 5:10 PM | CORRESP | Re: article in Medtrade | Jeff Baird | ch@procall.com; admin@videodoctorusa.com | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Y9508 | B&F 0000956 - B&F 0000957 |
| 185 | 01/20/2016 7:32 PM | CORRESP | RE: article in Medtrade | Jeff Baird | ch@procall.com; admin@videodoctorusa.com | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 27Y9536 | B&F 0000953 - B&F 0000955 |
| 184 | 01/22/2016 12:28 PM | CORRESP | Re: 1st Question | Les Stockett | Jeff Baird | My Email Box; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z2609 | B&F 0000943 - B&F 0000952 |
| 183 | 01/22/2016 6:03 PM | CORRESP | RE: 1st Question | Jeff Baird | Les Stockett | My Email Box; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z3668 | B&F 0000930 - B&F 0000942 |
| 182 | 01/24/2016 9:43 AM | CASEMAN | FW: Consulting Services: Medicare Advantage Plans | Jeff Baird | Bradley Cook | Janet Taylor; Amy Watson; Teresa Contreras | MSG | Legal advice | Work Product Doctrine | 27Z3794 | B&F 0000928 - B&F 0000929 |
| 181 | 01/24/2016 2:35 PM | CORRESP | RE: 1st Question | Les Stockett | Jeff Baird | My Email Box; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z3832 | B&F 0000916 - B&F 0000927 |
| 180 | 01/24/2016 7:09 PM | CASEMAN | RE: Consulting Services: Medicare Advantage Plans | Bradley Cook | Jeff Baird | Janet Taylor; Amy Watson; Teresa Contreras | MSG | Legal research | Work Product Doctrine | 27Z3856 | B&F 0000874 - B&F 0000915 |
| 179 | 01/24/2016 7:16 PM | CORRESP | Requested cases | Jeff Baird | Les Stockett; My Email Box | Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z3860 | B&F 0000832 - B&F 0000873 |
| 178 | 01/24/2016 8:14 PM | CORRESP | Re: 1st Question | coo@procall.com | Jeff Baird | Les Stockett; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 27Z3864 | B&F 0000818 - B&F 0000831 |
| 177 | 01/25/2016 7:10 AM | CORRESP | Fwd: one additional thought | coo@procall.com | Jeff Baird; admin@videodoctorusa.com | | MSG | Case administration | Attorney-Client Privilege | 27Z3869 | B&F 0000817 |
| 176 | 01/25/2016 12:59 PM | CORRESP | RE: one additional thought | coo@procall.com | coo@procall.com; admin@videodoctorusa.com | Amy Watson; Teresa Contreras | MSG | Case administration | Attorney-Client Privilege | 27Z4950 | B&F 0000815 - B&F 0000816 |
| 175 | 01/25/2016 1:28 PM | CORRESP | Re: one additional thought | coo@procall.com | Jeff Baird; admin@videodoctorusa.com | Amy Watson; Teresa Contreras | MSG | Case administration | Attorney-Client Privilege | 27Z4952 | B&F 0000812 - B&F 0000814 |
| 174 | 01/25/2016 1:43 PM | CORRESP | RE: one additional thought | Jeff Baird | coo@procall.com; admin@videodoctorusa.com | Amy Watson | MSG | Case administration | Attorney-Client Privilege | 27Z4954 | B&F 0000809 - B&F 0000811 |
| 173 | 01/25/2016 1:53 PM | CORRESP | Conference Call with Jeff Baird | coo@procall.com | Jeff Baird | | MSG | Case administration | Attorney-Client Privilege | 27Z4944 | B&F 0000808 |
| 172 | 01/26/2016 11:51 AM | CORRESP | RE: one additional thought | Amy Watson | coo@procall.com; admin@videodoctorusa.com | Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6700 | B&F 0000805 - B&F 0000807 |
| 171 | 01/26/2016 12:08 PM | CORRESP | Re: Conference Call with Jeff Baird | ch laptop | Amy Watson | coo@procall.com; admin@videodoctoorusa.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6922 | B&F 0000803 - B&F 0000804 |
| 170 | 01/26/2016 12:10 PM | CORRESP | Re: Conference Call with Jeff Baird | ch laptop | Amy Watson | admin@videodoctorusa.com; coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6923 | B&F 0000801 - B&F 0000802 |
| 168 | 01/26/2016 12:31 PM | CORRESP | Re: Conference Call with Jeff Baird | Amy Watson | ch laptop | admin@videodoctorusa.com; coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6806 | B&F 0000796 - B&F 0000797 |
| 169 | 01/26/2016 12:31 PM | CORRESP | Re: one additional thought | coo@procall.com | ch laptop | admin@videodoctorusa.com; coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6954 | B&F 0000798 - B&F 0000800 |
| 167 | 01/26/2016 12:33 PM | CORRESP | RE: one additional thought | Amy Watson | coo@procall.com; admin@videodoctorusa.com | Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6811 | B&F 0000792 - B&F 0000795 |
| 166 | 01/26/2016 1:39 PM | CORRESP | Conference call this week | ch laptop | Amy Watson | admin@videodoctorusa.com; Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6957 | B&F 0000790 - B&F 0000791 |
| 165 | 01/26/2016 1:43 PM | CORRESP | RE: Conference call this week | Amy Watson | ch laptop | admin@videodoctorusa.com; Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z6917 | B&F 0000788 - B&F 0000789 |
| 164 | 01/26/2016 2:51 PM | CORRESP | Re: Conference call this week | coo@procall.com | Amy Watson | admin@videodoctorusa.com; Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z7542 | B&F 0000782 - B&F 0000783 |
| 163 | 01/26/2016 2:58 PM | CORRESP | Re: Conference call this week | Les Stockett | Amy Watson | ch laptop; Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z8747 | B&F 0000775 - B&F 0000779 |
| 162 | 01/26/2016 3:36 PM | CORRESP | Re: Conference call this week | Amy Watson | coo@procall.com | admin@videodoctorusa.com; Teresa Contreras; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 27Z7539 | B&F 0000771 - B&F 0000774 |
| 161 | 01/28/2016 3:03 PM | CORRESP | rozelie@ozelielaw.com | | lesdtl@gmail.com | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 2801720 | B&F 0000770 |
| 160 | 01/31/2016 2:22 PM | BILL | Bill#68322 | MAP | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 27Z3405 | B&F 0000769 |
| 159 | 02/01/2016 8:40 AM | CORRESP | Followup | lesdtl@gmail.com | Jeff Baird | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 2805082 | B&F 0000768 |
| 158 | 02/04/2016 11:04 AM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 2812429 | B&F 0000766 - B&F 0000767 |
| 157 | 02/04/2016 11:14 AM | CORRESP | RE: Followup | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2812431 | B&F 0000764 - B&F 0000765 |
| 156 | 02/08/2016 7:38 AM | CORRESP | Re: Followup | lesdtl@gmail.com | Jeff Baird | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2815984 | B&F 0000762 - B&F 0000763 |
| 155 | 02/09/2016 7:55 AM | CORRESP | RE: Followup | lesdtl@gmail.com | Jeff Baird | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2817856 | B&F 0000758 - B&F 0000759 |
| 154 | 02/09/2016 6:12 AM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2817867 | B&F 0000750 - B&F 0000751 |
| 153 | 02/09/2016 2:07 PM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2817755 | B&F 0000748 - B&F 0000749 |
| 152 | 02/09/2016 6:05 PM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2818745 | B&F 0000746 - B&F 0000747 |
| 151 | 02/09/2016 9:31 PM | CORRESP | Re: Followup | Chilton@call.com | Jeff Baird | Les Stockett; Creag Harry; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2819741 | B&F 0000745 |
| 150 | 02/10/2016 5:48 AM | CORRESP | Re: Followup | lesdtl@gmail.com | ch@procall.com | Jeff Baird; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2819761 | B&F 0000743 - B&F 0000744 |
| 149 | 02/10/2016 7:08 AM | CORRESP | Re: Followup | coo@procall.com | ch@procall.com | Jeff Baird; Les Stockett; Amy Watson; Teresa Contreras; Richard Ozelie | MSG | Legal advice | Attorney-Client Privilege | 2819762 | B&F 0000739 - B&F 0000742 |
| 148 | 02/10/2016 8:22 AM | CORRESP | Re: Followup | Jeff Baird | coo@procall.com | Les Stockett; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2819775 | B&F 0000721 - B&F 0000738 |
| 147 | 02/10/2016 8:27 AM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | ch@procall.com; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2819776 | B&F 0000716 - B&F 0000720 |
| 146 | 02/10/2016 8:48 AM | CORRESP | Re: Followup | lesdtl@gmail.com | Jeff Baird | coo@procall.com; Creag Harry; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 2819798 | B&F 0000706 - B&F 0000714 |
| 145 | 02/10/2016 9:20 AM | CORRESP | Re: Followup | coo@procall.com | Jeff Baird | ch@procall.com; Les Stockett; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2819848 | B&F 0000705 |
| 144 | 02/10/2016 9:54 AM | CORRESP | Re: Followup | Jeff Baird | coo@procall.com | ch@procall.com; Creag Harry; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 2820159 | B&F 0000697 - B&F 0000704 |
| 143 | 02/10/2016 11:21 AM | CORRESP | Re: Followup | Jeff Baird | lesdtl@gmail.com | coo@procall.com; Creag Harry; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 2820422 | B&F 0000695 - B&F 0000696 |
| 142 | 02/10/2016 11:37 AM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2820505 | B&F 0000691 - B&F 0000694 |
| 141 | 02/10/2016 12:41 PM | CORRESP | Re: Followup | Jeff Baird | coo@procall.com | Les Stockett; coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2821293 | B&F 0000684 - B&F 0000690 |
| 140 | 02/10/2016 12:41 PM | CORRESP | Re: Followup | coo@procall.com | Jeff Baird | Les Stockett; coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2821300 | B&F 0000683 |
| 139 | 02/10/2016 5:10 PM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2821454 | B&F 0000678 - B&F 0000682 |
| 138 | 02/10/2016 7:49 PM | CORRESP | Re: Followup | Jeff Baird | coo@procall.com | coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2821510 | B&F 0000673 - B&F 0000677 |
| 137 | 02/11/2016 8:01 AM | CORRESP | Re: Followup | Jeff Baird | Les Stockett | coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2821700 | B&F 0000668 - B&F 0000672 |
| 136 | 02/19/2016 9:17 AM | CORRESP | RE: Followup | Jeff Baird | lesdtl@gmail.com | coo@procall.com; ch@procall.com; Richard Ozelie; Amy Watson; Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege | 2838872 | B&F 0000665 - B&F 0000667 |
| 135 | 02/19/2016 7:29 AM | CORRESP | Procedure | coo@procall.com | Jeff Baird; Les Stockett; Richard Ozelie | | MSG | Legal advice | Attorney-Client Privilege | 2838872 | B&F 0000664 |
| 134 | 02/27/2016 9:15 AM | CORRESP | Re: Requested cases | Les Stockett | Jeff Baird | Amy Watson; Teresa Contreras; Gerardo Hernandez; Rick Ozzeli | MSG | Legal advice | Attorney-Client Privilege | 2846687 | B&F 0000661 - B&F 0000663 |
| 133 | 02/28/2016 3:18 PM | CORRESP | Re: Procedure | Jeff Baird | coo@procall.com | Les Stockett; admin@videodoctorusa.com; Richard Ozelie | MSG | Legal advice | Attorney-Client Privilege | 2846696 | B&F 0000658 - B&F 0000660 |
| 132 | 02/28/2016 5:34 PM | CORRESP | Re: Requested cases | Jeff Baird | coo@procall.com | Les Stockett | MSG | Legal advice | Attorney-Client Privilege | 2846700 | B&F 0000656 - B&F 0000657 |
| 131 | 02/28/2016 6:24 PM | CORRESP | Fwd: Requested cases | Jeff Baird | coo@procall.com | | MSG | Legal advice | Attorney-Client Privilege | 2846706 | B&F 0000654 - B&F 0000655 |
| 130 | 02/28/2016 6:50 PM | CORRESP | Re: Requested cases | coo@procall.com | Jeff Baird | Gerardo Hernandez; Rick Ozzeli; coo@procall.com | MSG | Legal advice | Attorney-Client Privilege | 2846707 | B&F 0000649 - B&F 0000653 |
| 129 | 02/28/2016 7:04 PM | CORRESP | Re: Requested cases | Jeff Baird | coo@procall.com | Les Stockett; Richard Ozelie | MSG | Legal advice | Attorney-Client Privilege | 2846709 | B&F 0000647 - B&F 0000648 |
| 128 | 02/28/2016 7:08 PM | CORRESP | Re: Requested cases | Jeff Baird | coo@procall.com | | MSG | Legal advice | Attorney-Client Privilege | 2846713 | B&F 0000643 - B&F 0000646 |
| 127 | 02/29/2016 5:45 AM | CORRESP | Fwd: Convictions under the Anti Kickback Law | lesdtl@gmail.com | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 2846794 | B&F 0000642 |
| 126 | 02/29/2016 5:57 AM | CORRESP | Reply to your BOLD Re: Requested cases. | Les Stockett | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 2846792 | B&F 0000619 - B&F 0000626 |
| 125 | 02/29/2016 7:07 AM | CORRESP | Re: Convictions under the Anti Kickback Law | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 2846799 | B&F 0000627 - B&F 0000630 |
| 124 | 02/29/2016 7:13 AM | CORRESP | Re: Reply to your BOLD Re: Requested cases. | Jeff Baird | Les Stockett | Gerardo Hernandez; Rick Ozzeli; coo@procall.com | MSG | Legal advice | Attorney-Client Privilege | 2846801 | B&F 0000610 - B&F 0000618 |
| 123 | 02/29/2016 8:19 AM | CASEMAN | Video Doctors/Stockett | Jeff Baird | Michele Tran | Lisa Smith; Janet Taylor | MSG | Legal research | Work Product Doctrine | 2846803 | B&F 0000604 |
| 122 | 02/29/2016 9:04 AM | CORRESP | Fwd: Legal Opinion Fwd: Convictions under the Anti Kickback Law | lesdtl@gmail.com | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 2846866 | B&F 0000596 - B&F 0000603 |
| 121 | 02/29/2016 9:09 AM | CORRESP | Re: Legal Opinion Fwd: Convictions under the Anti Kickback Law | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 2846868 | B&F 0000588 - B&F 0000595 |
| 120 | 02/29/2016 9:17 AM | CASEMAN | RE: Video Doctors/Stockett | Michele Tran | Jeff Baird | Lisa Smith | MSG | Legal research | Work Product Doctrine | 2846879 | B&F 0000587 |
| 119 | 02/29/2016 10:30 AM | BILL | Bill#68940 | MAP | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 2823460 | B&F 0000586 |
| 118 | 03/15/2016 3:28 PM | CORRESP | Denise - Process Audit | lesdtl@gmail.com | Jeff Baird | Creag Harry | MSG | Case administration | Attorney-Client Privilege | 2871103 | B&F 0000584 |
| 117 | 03/17/2016 10:06 AM | CORRESP | Fwd: follow up | lesdtl@gmail.com | Jeff Baird | | MSG | Case administration | Attorney-Client Privilege | 2874475 | B&F 0000582 - B&F 0000583 |
| 116 | 03/17/2016 10:36 AM | CORRESP | RE: follow up | Teresa Contreras | lesdtl@gmail.com | Jeff Baird; Denise Leard | MSG | Case administration | Attorney-Client Privilege | 2874539 | B&F 0000580 - B&F 0000581 |
| 115 | 03/17/2016 10:55 AM | CORRESP | Re: follow up | lesdtl@gmail.com | Teresa Contreras | Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 2874696 | B&F 0000578 - B&F 0000579 |
| 114 | 03/17/2016 12:00 PM | CORRESP | RE: follow up | Amy Watson | Les Stockett | Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 2874695 | B&F 0000576 - B&F 0000577 |
| 113 | 03/17/2016 12:08 PM | CORRESP | RE: follow up | Teresa Contreras | lesdtl@gmail.com | Jeff Baird; Denise Leard | MSG | Case administration | Attorney-Client Privilege | 2874707 | B&F 0000574 - B&F 0000575 |
| 112 | 03/17/2016 1:58 PM | CORRESP | Mon 11.30 East / 10.30 Central - Call w Jeff (Texas) | lesdtl@gmail.com | Amy Watson | | MSG | Case administration | Attorney-Client Privilege | 2874843 | B&F 0000570 - B&F 0000574 |
| 111 | 03/17/2016 2:07 PM | CORRESP | Re: Mon 11.30 East / 10.30 Central - Call w Jeff (Texas)... | Amy Watson | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 2874953 | B&F 0000550 - B&F 0000557 |
| 110 | 03/17/2016 3:31 PM | CASEMAN | 5604.001-Telehealth Doctors Network, LLC d/b/a Video Doctors | Teresa Contreras | Monty Pritchett | | MSG | Case administration | Work Product Doctrine | 2875060 | B&F 0000549 |
| 109 | 03/17/2016 3:47 PM | CORRESP | Telephone Call | Jeff Baird | Les Stockett | Denise Leard | MSG | Case administration | Attorney-Client Privilege; Work Product Doctrine | 2875404 | B&F 0000548 |
| 108 | 03/17/2016 4:25 PM | CORRESP | RE: follow up | Amy Watson | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 2875439 | B&F 0000538 - B&F 0000547 |
| 107 | 03/17/2016 5:11 PM | CORRESP | Re: follow up | lesdtl@gmail.com | Amy Watson | Jeff Baird; Denise Leard; Teresa Contreras | MSG | Case administration | Attorney-Client Privilege | 2875552 | B&F 0000533 - B&F 0000537 |

| # | Date | Type | Subject | From | To | CC | Format | Category | Privilege | Bates | Bates Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 03/17/2016 5:19 PM | CORRESP | RE: follow up | Amy Watson | Les Stockett | Jeff Baird; Denise Leard; Teresa Contreras | MSG | Case administration | Attorney-Client Privilege; Work Product Doctrine | 2875551 | B&F 0000529 - B&F 0000532 |
| 105 | 03/18/2016 4:31 AM | CORRESP | Mon 3.30pm East Jeff - VDUSA | lesdtl@gmail.com | Amy Watson | Jeff Baird; Denise Leard; Teresa Contreras | MSG | Case administration | Attorney-Client Privilege | 2877916 | B&F 0000524 - B&F 0000528 |
| 104 | 03/18/2016 11:53 AM | CORRESP | Fwd: link to telehealth bills in congress | James Rulison | Denise Leard; Joyce Cox | | MSG | Legal advice | Attorney-Client Privilege | 28C5835 | B&F 0000523 |
| 103 | 03/21/2016 10:42 AM | CORRESP | Invitation: 1.15 EAST VDUSA - Jeff Biz Model Call @ Mon Mar 21, 2016 1 | Les Stockett | Jeff Baird; getmymailhere2003 | | MSG | Case administration | Attorney-Client Privilege | 2877844 | B&F 0000521 - B&F 0000522 |
| 102 | 03/21/2016 10:45 AM | CORRESP | Accepted: Invitation: 1.15 EAST VDUSA - Jeff Biz Model Call @ Mon Mar | Amy Watson | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 2877843 | B&F 0000520 |
| 101 | 03/21/2016 11:53 AM | CORRESP | Updated Invitation: 1.30 EAST VDUSA - Jeff Biz Model Call @ Mon Mar 21 | Les Stockett | Jeff Baird | | MSG | Case administration | Attorney-Client Privilege | 2878243 | B&F 0000518 - B&F 0000519 |
| 100 | 03/21/2016 12:04 PM | CORRESP | "Go Forward" Steps | Jeff Baird | Les Stockett; Creag Harry | | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 2878260 | B&F 0000515 - B&F 0000517 |
| 99 | 03/21/2016 12:11 PM | CORRESP | Accepted: Updated Invitation: 1.30 EAST VDUSA - Jeff Biz Model Call @ | Amy Watson | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 2878242 | B&F 0000514 |
| 98 | 03/21/2016 12:19 PM | CORRESP | Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 2878262 | B&F 0000510 - B&F 0000513 |
| 97 | 03/21/2016 2:23 PM | CORRESP | Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 2878629 | B&F 0000504 - B&F 0000509 |
| 96 | 03/21/2016 3:21 PM | CORRESP | RE: follow up | Denise Leard | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 2884673 | B&F 0000499 - B&F 0000503 |
| 91 | 03/22/2016 4:37 AM | ATTACH | test print.pdf (Attach_7) Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | PDF | Legal advice | Attorney-Client Privilege | 2887282 | B&F 0000489 - B&F 0000494 |
| 92 | 03/22/2016 4:37 AM | ATTACH | image010.png (Attach_6) Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | PNG | Legal advice | Attorney-Client Privilege | 2887283 | B&F 0000495 |
| 93 | 03/22/2016 4:37 AM | ATTACH | image005.png (Attach_4) Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | PNG | Legal advice | Attorney-Client Privilege | 2887285 | B&F 0000496 |
| 94 | 03/22/2016 4:37 AM | ATTACH | image008.png (Attach_3) Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | PNG | Legal advice | Attorney-Client Privilege | 2887286 | B&F 0000497 |
| 95 | 03/22/2016 4:37 AM | ATTACH | image009.png (Attach_1) Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | PNG | Legal advice | Attorney-Client Privilege | 2887288 | B&F 0000498 |
| 90 | 03/22/2016 4:37 AM | CORRESP | Re: follow up | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 2887279 | B&F 0000467 - B&F 0000488 |
| 89 | 03/22/2016 5:40 AM | CORRESP | Re: follow up. | lesdtl@gmail.com | Denise Leard | Teresa Contreras; Jeff Baird; Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 2892282 | B&F 0000459 - B&F 0000466 |
| 87 | 03/30/2016 5:42 AM | CORRESP | Re: follow up. | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 28A4938 | B&F 0000445 - B&F 0000452 |
| 88 | 03/30/2016 5:42 AM | CORRESP | Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 2892284 | B&F 0000453 - B&F 0000458 |
| 85 | 03/30/2016 6:53 AM | CASEMAN | FW: follow up. | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 28A4943 | B&F 0000431 - B&F 0000437 |
| 86 | 03/30/2016 6:53 AM | CORRESP | RE: "Go Forward" Steps | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 2892289 | B&F 0000438 - B&F 0000444 |
| 84 | 03/30/2016 7:13 AM | CORRESP | RE: follow up. | Jeff Baird | Denise Leard | Janet Taylor | MSG | Case administration | Work Product Doctrine | 28A4950 | B&F 0000422 - B&F 0000430 |
| 83 | 03/30/2016 7:40 AM | CASEMAN | RE: follow up. | Jeff Baird | Denise Leard | Teresa Contreras; Janet Taylor | MSG | Case administration | Work Product Doctrine | 28A4951 | B&F 0000412 - B&F 0000421 |
| 82 | 03/30/2016 5:11 PM | CORRESP | RE: follow up. | Denise Leard | Les Stockett | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 28I0064 | B&F 0000405 - B&F 0000411 |
| 81 | 03/31/2016 8:55 AM | BILL | Bill#69896 | | | | PDF | Case administration | Attorney-Client Privilege | 2865068 | B&F 0000403 - B&F 0000404 |
| 80 | 03/31/2016 8:47 PM | CORRESP | RE: "Go Forward" Steps | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 2897463 | B&F 0000400 - B&F 0000402 |
| 79 | 04/01/2016 7:12 PM | CORRESP | "Go Forward" Steps | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28A0830 | B&F 0000389 - B&F 0000395 |
| 78 | 04/02/2016 8:19 AM | ATTACH | Procall - Master BPO Agreement .docx (Attach_3) Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | | DOCX | Legal advice | Attorney-Client Privilege | 28A0954 | B&F 0000379 - B&F 0000388 |
| 77 | 04/02/2016 8:19 AM | CORRESP | Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 28A0953 | B&F 0000360 - B&F 0000378 |
| 76 | 04/08/2016 5:01 PM | CORRESP | FW: "Go Forward" Steps | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 28B2552 | B&F 0000349 - B&F 0000359 |
| 75 | 04/08/2016 5:02 PM | CORRESP | RE: "Go Forward" Steps | Jeff Baird | Creag Harry | | MSG | Legal advice | Attorney-Client Privilege | 28B2549 | B&F 0000342 - B&F 0000348 |
| 74 | 04/12/2016 10:37 AM | CORRESP | Re: "Go Forward" Steps | lesdtl@gmail.com | Jeff Baird | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 28B7356 | B&F 0000332 - B&F 0000341 |
| 73 | 04/12/2016 10:38 AM | CORRESP | Re: follow up. | lesdtl@gmail.com | Denise Leard | Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 28B7334 | B&F 0000321 - B&F 0000331 |
| 72 | 04/13/2016 10:52 AM | CORRESP | Re: "Go Forward" Steps | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 28C0126 | B&F 0000311 - B&F 0000320 |
| 71 | 04/15/2016 5:28 AM | CORRESP | Re: "Go Forward" Steps ? | lesdtl@gmail.com | Jeff Baird | | MSG | Case administration | Attorney-Client Privilege | 28C5275 | B&F 0000300 - B&F 0000310 |
| 70 | 04/15/2016 6:18 PM | CORRESP | RE: "Go Forward" Steps ? | Jeff Baird | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 28C5327 | B&F 0000291 - B&F 0000299 |
| 69 | 04/19/2016 1:56 PM | CORRESP | Drafts of Opinion Letter and Advisory Opinion Request | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege | 28C8377 | B&F 0000290 |
| 68 | 04/19/2016 2:03 PM | CORRESP | RE: Drafts of Opinion Letter and Advisory Opinion Request | Jeff Baird | Les Stockett | | MSG | Legal advice | Attorney-Client Privilege | 28C8384 | B&F 0000289 |
| 67 | 04/19/2016 3:22 PM | CORRESP | Advisory Opinion Request Info - 5604.001 | Michele Tran | Jeff Baird | | MSG | Legal research | Work Product Doctrine | 28C8485 | B&F 0000284 - B&F 0000288 |
| 66 | 04/19/2016 5:28 PM | OPINIONLTR | Letter to Les Stockett Re: Proposed Telehealth Model | JSB | Les Stockett | Creag Harry | DOC | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28C8676 | B&F 0000280 - B&F 0000283 |
| 65 | 04/19/2016 5:31 PM | CORRESP | Opinion Letter | Amy Watson | Les Stockett | Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28C8803 | B&F 0000275 - B&F 0000279 |
| 64 | 04/20/2016 5:31 AM | CORRESP | Re: Opinion Letter - 2pm East Call today ?? | lesdtl@gmail.com | Amy Watson | coo@procall.com; Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28C8980 | B&F 0000273 - B&F 0000274 |
| 63 | 04/20/2016 5:58 AM | ATTACH | Letter to Les Stockett Re: Pro - notes.docx (Attach_1) Re: Opinion Let | lesdtl@gmail.com | Jeff Baird | | DOCX | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28C8993 | B&F 0000269 - B&F 0000272 |
| 62 | 04/20/2016 5:58 AM | CORRESP | Re: Opinion Letter - 2pm East Call today ?? (w attachment) | lesdtl@gmail.com | Amy Watson | coo@procall.com; Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28C8992 | B&F 0000262 - B&F 0000268 |
| 61 | 04/20/2016 9:11 AM | CORRESP | RE: Opinion Letter - 2pm East Call today ?? (w attachment) | Amy Watson | Les Stockett | coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 28C8989 | B&F 0000258 - B&F 0000261 |
| 60 | 04/20/2016 9:14 AM | CORRESP | Re: Opinion Letter - 2pm East Call today ?? (w attachment) | Amy Watson | Les Stockett | coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 28C9017 | B&F 0000253 - B&F 0000257 |
| 59 | 04/20/2016 9:27 AM | CORRESP | Re: Opinion Letter - 2pm East Call today ?? (w attachment) | Amy Watson | Les Stockett | coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 28C9016 | B&F 0000248 - B&F 0000252 |
| 58 | 04/20/2016 9:32 AM | CORRESP | Re: Opinion Letter - 2pm East Call today ?? (w attachment) | lesdtl@gmail.com | Amy Watson | coo@procall.com; Jeff Baird | MSG | Case administration | Attorney-Client Privilege | 28C9070 | B&F 0000241 - B&F 0000247 |
| 57 | 04/20/2016 8:51 AM | CORRESP | Conference Call with Jeff Baird | Amy Watson | Les@orocall.com; coo@orocall.com | | MSG | Case administration | Attorney-Client Privilege | 28C9063 | B&F 0000240 |
| 56 | 04/22/2016 8:51 PM | CORRESP | FW: Opinion Letter - 2pm East Call today ?? (w attachment) | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Letter; Work Product Doctrine | 28D3505 | B&F 0000232 - B&F 0000239 |
| 55 | 04/30/2016 11:24 AM | BILL | Bill#71000; Reversed: 05/04/2016 | LS | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 2885586 | B&F 0000230 - B&F 0000231 |
| 54 | 04/30/2016 11:38 AM | BILL | Bill#71015 | LS | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 28F4189 | B&F 0000228 - B&F 0000229 |
| 53 | 05/04/2016 6:38 AM | CORRESP | Opinion Letter / agreement for call centers | lesdtl@gmail.com | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 28F5528 | B&F 0000222 - B&F 0000227 |
| 52 | 05/04/2016 9:33 AM | CASEMAN | 5604.001 - Telehealth Doctors Network, LLC d/b/a Video Doctor USA | Teresa Contreras | Lori Scales | Stephanie Pearson | MSG | Case administration | Work Product Doctrine | 28F3504 | B&F 0000221 |
| 51 | 05/04/2016 10:10 AM | CORRESP | RE: 5604.001- Telehealth Doctors Network, LLC d/b/a Video Doctor USA | LS | Teresa Contreras | Stephanie Pearson | MSG | Case administration | Work Product Doctrine | 28F3871 | B&F 0000220 |
| 50 | 05/04/2016 10:15 AM | CORRESP | RE: Opinion Letter / agreement for call centers | Jeff Baird | Les Stockett | ch@procall.com | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28F5526 | B&F 0000213 - B&F 0000219 |
| 49 | 05/04/2016 3:55 PM | CORRESP | Invoice | Stephanie Pearson | Les@procall.com | Teresa Contreras | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28F5347 | B&F 0000209 - B&F 0000212 |
| 48 | 05/04/2016 6:07 PM | CORRESP | RE: Opinion Letter / agreement for call centers | Jeff Baird | Les Stockett | Ch@procall.com | MSG | Case administration | Attorney-Client Privilege | 28F6917 | B&F 0000202 - B&F 0000208 |
| 47 | 05/05/2016 6:53 AM | CORRESP | RE: Opinion Letter / agreement for call centers | lesdtl@gmail.com | Jeff Baird | | MSG | Case administration | Attorney-Client Privilege | 28F6319 | B&F 0000192 - B&F 0000201 |
| 46 | 05/05/2016 7:14 AM | CORRESP | RE: Opinion Letter / agreement for call centers | Jeff Baird | Les Stockett | | MSG | Case administration | Attorney-Client Privilege | 28F6313 | B&F 0000184 - B&F 0000191 |
| 45 | 05/05/2016 7:16 AM | CASEMAN | VDUSA/Les Stockett | Jeff Baird | Denise Leard | | MSG | Case administration | Work Product Doctrine | 28F6311 | B&F 0000183 |
| 44 | 05/06/2016 6:59 PM | OPINIONLTR | Redline Letter Re: Proposed Telehealth Model 050616 | JSB | Telehealth Doctors Network, LLC | | DOC | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G0347 | B&F 0000178 - B&F 0000182 |
| 43 | 05/06/2016 7:02 PM | CORRESP | Opinion Letter | Amy Watson | lesdtl@gmail.com; coo@procall.com | Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G0348 | B&F 0000169 - B&F 0000177 |
| 42 | 05/07/2016 8:29 AM | CORRESP | Fwd: Opinion Letter. | Les Stockett | Amy Watson; Jeff Baird; Creag Harry | | MSG | Legal advice | Attorney-Client Privilege | 28G6303 | B&F 0000157 - B&F 0000168 |
| 41 | 05/09/2016 2:28 PM | ATTACH | Screen shots - journey of process.docx (Attach_8) Re: follow up | lesdtl@gmail.com | Jeff Baird | | DOCX | Legal advice | Attorney-Client Privilege | 2887281 | B&F 0000148 - B&F 0000156 |
| 40 | 05/09/2016 3:21 PM | CORRESP | Process Review | Denise Leard | lesdt@gmail.com | Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G3260 | B&F 0000145 - B&F 0000147 |
| 39 | 05/09/2016 4:09 PM | OTHER | Test Print with DML's comments | DML | ch@procall.com | Jeff Baird | PDF | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G3427 | B&F 0000141 - B&F 0000144 |
| 38 | 05/09/2016 4:13 PM | CORRESP | Order | Denise Leard | lesdtl@gmail.com | | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G3439 | B&F 0000134 - B&F 0000139 |
| 37 | 05/11/2016 2:58 PM | CORRESP | Re: Opinion Letter. | Les Stockett | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 28G9106 | B&F 0000130 - B&F 0000133 |
| 36 | 05/18/2016 4:15 AM | CORRESP | Re: Opinion Letter. | Les Stockett | Jeff Baird | | MSG | Legal advice | Attorney-Client Privilege | 28I4071 | B&F 0000125 - B&F 0000129 |
| 35 | 05/18/2016 6:31 AM | CORRESP | Re: Opinion Letter. | Jeff Baird | Les Stockett | Amy Watson; Creag Harry | MSG | Legal advice | Attorney-Client Privilege | 28I4070 | B&F 0000120 - B&F 0000124 |
| 34 | 05/18/2016 10:10 AM | OPINIONLTR | Letter to Telehealth Doctors Network, LLC Re: Proposed Telehealth Mode | JSB | Telehealth Doctors Network, LLC | | DOC | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28I0792 | B&F 0000117 - B&F 0000119 |
| 33 | 05/18/2016 10:34 AM | OPINIONLTR | Letter to Telehealth Doctors Network, LLC Re: Proposed Telehealth Mode | JSB | Telehealth Doctors Network, LLC | | DOC | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28G0337 | B&F 0000114 - B&F 0000116 |
| 32 | 05/18/2016 10:36 AM | OPINIONLTR | Letter to Telehealth Doctors Network LLC. Re: Proposed Telehealth Mode | JSB | Telehealth Doctors Network, LLC | | PDF | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28I0835 | B&F 0000110 - B&F 0000113 |
| 31 | 05/18/2016 10:39 AM | CORRESP | RE: Opinion Letter. | Amy Watson | Les Stockett | Creag Harry; Jeff Baird | MSG | Legal advice | Attorney-Client Privilege; Work Product Doctrine | 28I0858 | B&F 0000103 - B&F 0000109 |
| 30 | 05/31/2016 11:24 AM | BILL | Bill#71915 | CN | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 28G2123 | B&F 0000101 - B&F 0000102 |
| 29 | 06/07/2016 12:00 PM | CORRESP | INVOICE | Charla Nolen | Les@procall.com | | MSG | Case administration | Attorney-Client Privilege | 28L7486 | B&F 0000098 - B&F 0000100 |
| 28 | 06/27/2016 11:32 AM | BILL | Bill#72920 | CN | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 28M2381 | B&F 0000096 - B&F 0000097 |
| 27 | 07/31/2016 10:03 AM | BILL | Bill#73934 | CN | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 28S1050 | B&F 0000095 |
| 26 | 08/15/2016 3:56 PM | BILL | Bill#74463 | CN | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 28X5370 | B&F 0000094 |
| 25 | 09/29/2016 4:50 PM | CORRESP | Brown & Fortunato Statement | Susan Thach | les@procall.com | | MSG | Case administration | Attorney-Client Privilege | 2968848 | B&F 0000091 - B&F 0000093 |
| 24 | 09/30/2016 4:50 PM | BILL | Bill#75783 | ST | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 2929441 | B&F 0000090 |
| 23 | 10/19/2016 5:13 PM | CASEMAN | 5604.001 - Telehealth Doctors Network, LLC d/b/a Video Doctor USA | Amy Watson | Lori Scales | Teresa Contreras | MSG | Disengagement details | Work Product Doctrine | 29A2945 | B&F 0000089 |
| 22 | 10/20/2016 9:32 AM | ENGAGELTR | Disengagement Letter - EMAIL | JSB | Les Stockett | | DOC | Disengagement details | Attorney-Client Privilege | 29A2928 | B&F 0000088 |
| 21 | 10/20/2016 9:35 AM | CORRESP | Disengagement Letter | Teresa Contreras | Les Stockett | | MSG | Disengagement details | Attorney-Client Privilege | 29A3379 | B&F 0000087 - B&F 0000088 |
| 20 | 10/20/2016 2:48 PM | CORRESP | Certified Mailing | Teresa Contreras | firm | | MSG | Case administration | Attorney-Client Privilege | 29A4812 | B&F 0000086 |
| 19 | 10/20/2016 2:52 PM | FORM | Disengagement Letter - CERTIFIED | JSB | Les Stockett | | DOCX | Disengagement details | Attorney-Client Privilege | 29A4819 | B&F 0000085 |
| 18 | 10/24/2016 2:07 PM | CORRESP | Re: Disengagement Letter | Les Stockett | Teresa Contreras | | MSG | Disengagement details | Attorney-Client Privilege | 2986037 | B&F 0000083 - B&F 0000084 |
| 17 | 10/24/2016 2:28 PM | CORRESP | RE: Disengagement Letter | Teresa Contreras | Les Stockett | | MSG | Disengagement details | Attorney-Client Privilege | 2986035 | B&F 0000081 - B&F 0000082 |
| 16 | 10/26/2016 11:19 AM | CORRESP | 9999.999 TC - 01066154000094522262 | TC | | | PDF | Case administration | Work Product Doctrine | 2986027 | B&F 0000080 |
| 15 | 10/31/2016 4:44 PM | BILL | Bill#76439 | ST | Telehealth Doctors Network, LLC Attn: Les Stockett | | PDF | Case administration | Attorney-Client Privilege | 2987917 | B&F 0000079 |
| 14 | 12/27/2016 10:00 AM | CASEMAN | File Closing Form 5604.001 (Sent to ST) | Zenda Ratliff | Susan Thach | | MSG | Firm administration | Work Product Doctrine | 29N0740 | B&F 0000078 |
| 13 | 01/09/2017 2:23 PM | CASEMAN | RE: File Closing Form 5604.001 | Susan Thach | Zelda Ratliff | | MSG | Firm administration | Work Product Doctrine | 29P6957 | B&F 0000077 |
| 12 | 01/09/2017 2:27 PM | CASEMAN | File Closing Form 5604.001 (Sent to KB) | Zenda Ratliff | Kevin Burroughs | | MSG | Firm administration | Work Product Doctrine | 29P6983 | B&F 0000076 |
| 11 | 01/10/2017 12:24 PM | FORM | File Closing Form | zr | | | DOC | Firm administration | Work Product Doctrine | 29N0724 | B&F 0000075 |
| 10 | 01/27/2017 11:25 AM | CORRESP | Brown & Fortunato W-9 | Susan Thach | cr@procall.com | | MSG | Case administration | Attorney-Client Privilege | 29T6001 | B&F 0000073 - B&F 0000074 |
| 9 | 12/10/2018 4:00 PM | CASEMAN | FW: "Go Forward" Steps | Teresa Contreras | Elizabeth Jepson; Markus Cicka | | MSG | Firm administration | Work Product Doctrine | 2E07750 | B&F 0000055 - B&F 0000072 |
| 8 | 12/10/2018 4:36 PM | CASEMAN | RE: "Go Forward" Steps | Teresa Contreras | Elizabeth Jepson; Markus Cicka | | MSG | Firm administration | Work Product Doctrine | 2E07834 | B&F 0000035 - B&F 0000054 |
| 7 | 07/16/2019 11:44 AM | ATTACH | Opinion Letter-AGA-CS-A692969.pdf (Attach_2) American Genetics Advocates | Jeff Baird | American Genetics Advocates LLC | | PDF | Legal advice | Attorney-Client Privilege | 2FB3889 | B&F 0000031 - B&F 0000034 |
| 6 | 07/16/2019 11:44 AM | CORRESP | American Genetics Advocates LLC dba American Health Screening | Mitchell Levine | Jeff Baird | | MSG | Firm administration | Work Product Doctrine | 2FB3888 | B&F 0000026 - B&F 0000030 |
| 5 | 07/16/2019 12:13 PM | CORRESP | FW: American Genetics Advocates LLC dba American Health Screening | Jeff Baird | mlevine@nairlevin.com | | MSG | Firm administration | Work Product Doctrine | 2FB2597 | B&F 0000020 - B&F 0000025 |
| 4 | 07/16/2019 12:13 PM | CORRESP | RE: American Genetics Advocates LLC dba American Health Screening | Mitchell Levine | Jeff Baird | | MSG | Firm administration | Work Product Doctrine | 2FB2596 | B&F 0000017 - B&F 0000019 |
| 3 | 07/16/2019 12:15 PM | CORRESP | RE: American Genetics Advocates LLC dba American Health Screening | Jeff Baird | Mitchell Levine | | MSG | Firm administration | Work Product Doctrine | 2FB2595 | B&F 0000014 - B&F 0000016 |
| 2 | 07/17/2019 11:38 AM | CORRESP | FW: American Genetics Advocates LLC dba American Health Screening | Jeff Baird | Mitchell Levine | | MSG | Firm administration | Work Product Doctrine | 2FB8362 | B&F 0000008 - B&F 0000013 |
| 1 | 07/23/2019 8:45 AM | CORRESP | FW: American Genetics Advocates LLC dba American Health Screening | Jeff Baird | Mitchell Levine | | MSG | Firm administration | Work Product Doctrine | 2FC6623 | B&F 0000001 - B&F 0000007 |