# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) |
| Defendant. | ) |

## ORDER

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to travel to a Marketing Trade Show from May 23rd, 2022, through May 26, 2022.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel from May 23, 2022, through May 26, 2022.

IT IS FURTHER ORDRERED that Mr. Loewenstern advise pre-trial services of his Order.

5-19-22

Date

HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE