UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | NO. 19-cr-246 (MCA) |
| § | |
| CREAGHAN HARRY, § | |
| § | |
| Defendant.   § | |
| § | |

**[PROPOSED ORDER]**

Now, this _____ day of _____, upon consideration of the government's Motion to Seal and to File *Ex Parte* of the Prosecution Team ("Motion to Seal"), it appearing that the United States Filter Team's Motion for an Order Determining that Certain Documents Produced to Defendant in Case Number 20-cr-773 Under Federal Rule of Evidence 502(d) Are Not Privileged relies upon and references documents disclosed to Defendant Adarsh Gupta pursuant to this Court's Order in Case No. 20-cr-773, ECF No. 113, and for good cause shown,

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED THAT the government's Motion for an Order Determining that Certain Documents Produced to Defendant in Case Number 20-cr-773 Under Federal Rule of Evidence 502(d) Are Not Privileged and accompanying exhibits, copies of the documents at issue, and Proposed Order be sealed.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE