UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> ELLIOT LOEWENSTERN <br><br> Defendant. | Case No. 19-cr-00246 (MCA) |

**ORDER**

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to travel to Las Vegas, Nevada on April 6, 2024 to attend a trade show taking place from April 6, 2024 through April 10, 2024, and then travel to Chicago, Illinois on April 10, 2024 to visit with his mother who is in a nursing home, returning on April 11, 2024 to Boca Raton, Florida.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel to Las Vegas, Nevada on April 6, 2024 through April 10, 2024, then to Chicago, Illinois to visit with his mother and return to Boca Raton, Florida on April 11, 2024.

IT IS FURTHER ORDERED that Mr. Loewenstern advise pre-trial services of this Order.

_April 3, 2024_
Date

HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE