UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 19-cr-246 (MCA) |
| CREAGHAN HARRY, | § § § | |
| Defendant. | § § § | |

**[PROPOSED ORDER]**

Now, this \_\_\_\_ day of _____, upon consideration of the government's Motion to Seal and to File Reply *Ex Parte* of the Prosecution Team ("Motion to Seal"), it appearing that the United States Filter Team's Reply in Support of Its Motion for an Order Determining that Certain Documents Produced to Defendant in Case Number 20-cr-773 Under Federal Rule of Evidence 502(d) Are Not Privileged ("Filter Team Reply") relies upon and references documents disclosed to Defendant Adarsh Gupta pursuant to this Court's Orders in Case No. 20-cr-773, ECF No. 113, and for good cause shown,

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED THAT the Filter Team's Reply in Support of Its Motion for an Order Determining that Certain Documents Produced to Defendant in Case Number 20-cr-773 Under Federal Rule of Evidence 502(d) Are Not Privileged and accompanying exhibit be sealed.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

2