UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) |
| Defendant. | ) |

## ORDER

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to travel on June 20, 2024 to Tallahassee, Florida to visit his son at Florida State University, returning to Boca Raton, Florida on June 25, 2024, and to travel on July 27, 2024 to New York, New York to attend a trade show and visit with his attorneys, returning to Boca Raton, Florida on August 3, 2024.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel to to travel on June 20, 2024 to Tallahassee, Florida to visit his son at Florida State University, returning to Boca Raton, Florida on June 25, 2024, and to travel on July 27, 2024 to New York, New York to attend a trade show and visit with his attorneys, returning to Boca Raton, Florida on August 3, 2024.

IT IS FURTHER ORDERED that Mr. Loewenstern advise pre-trial services of this Order.

_6/20/24_  
Date

_____  
HON. MADELINE COX ARLEO  
U.S. DISTRICT JUDGE