UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) ) ) |
| Defendant. | ) |

**ORDER**

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to visit with his son in Tallahassee, Florida and to attend an event honoring his daughter in Tampa, Florida.

WHEREAS, the government has no objection to the travel. Therefore,

And Pre-trial has

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel to Tallahassee, Florida from September 19, 2024 through September 22, 2024, and to Tampa, Florida from October 4, 2024, through October 7, 2024.

IT IS FURTHER ORDRERED that Mr. Loewenstern advise pre-trial services of his Order.

9/13/2024
Date

~~HON. MADELINE COX ARLEO~~
~~U.S. DISTRICT JUDGE~~

**Hon. Michael A. Hammer**
**United States Magistrate Judge**