UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v<br><br>ELLIOT LOEWENSTERN<br><br>Defendant. | Case No. 19-cr-00246 (MCA) |

## ORDER

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to visit Orlando, Florida to celebrate his daughter and grandson's birthdays, and to attend a conference in Las Vegas, Nevada.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel to Orlando, Florida from January 2, 2025 through January 5, 2025, and to Las Vegas, Nevada from January 6, 2025 through January 10, 2025.

IT IS FURTHER ORDRERED that Mr. Loewenstern advise pre-trial services of his Order.

_Dec 18-24_
Date

HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE