UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to visit with his mother in Chicago, Illinois, and to attend a trade show in Las Vegas, Nevada

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel to Chicago, Illinois, from January 31, 2025 through February 2, 2025 and to Las Vegas, Nevada from February 2, 2025, to February 5, 2025.

IT IS FURTHER ORDRERED that Mr. Loewenstern advise pre-trial services of his Order.

1/29/25
_____
Date

_____
HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE