# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v | ) Case No. 19-cr-00246 (MCA) |
| ELLIOT LOEWENSTERN | ) |
| Defendant. | ) |

## ORDER

WHEREAS, counsel for defendant Elliot Loewenstern has requested by letter that Mr. Loewenstern be permitted to travel to visit his mother, daughter, and brother in Chicago, Illinois from July 3, 2025, through July 7, 2025, and to New York, New York from July 30, 2025 to August 6, 2025 to attend several doctors' appointments at Memorial Sloan Kettering Cancer Center, meet with his attorneys, and to attend a technology trade show.

WHEREAS, the government has no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Loewenstern is permitted to travel from July 3, 2025 and return to Florida on July 7, 2025, and travel from July 30, 2025 and return to Florida on August 6, 2025.

IT IS FURTHER ORDERED that Mr. Loewenstern advise pre-trial services of his Order.

6-25-25

Date

HON. MADELINE COX ARLEO
U.S. DISTRICT JUDGE